ROCKLAND DEJERIO JOHNSON #9808388
Name, Prisoner ID #

SSN: _____

300 NORTH DENVER AVENUE
Address

TULSA, OKLAHOMA 74103-1420

F I L E D

JUN 4 2002

Phil Lombardi, Clerk
U.S. DISTRICT COURT

JC

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

ROCKLAND DEJERIO JOHNSON, Plaintiff(s)
(Full Name)

v.

C.C.A, TIM HARRIS, TULSA COUNTY,
CITY OF TULSA
_____, Defendant(s)

**02CV    439E**    (J

**Case No.** _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO 42 U.S.C. §1983

---

**A.    PARTIES**

1)    ROCKLAND JOHNSON, is a citizen of    OKLAHOMA
(Plaintiff)                                          (State)

who presently resides at    300 NORTH DENVER AVENUE
(mailing address or place of confinement)

TULSA, OKLAHOMA

2)    Defendant LINDA OLIVER                              is a citizen of
(Name of first defendant)

TULSA, OKLAHOMA                      , and is employed
(City, State)

as CORRECTIONAL OFFICER OF C.C.A.
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color
of state law?    Yes ☒ No ☐
If your answer is "Yes", briefly explain:
SHE DISCRIMINATED AGAINST THE MAJORITY MINORITY

TO BETTER SERVE HER OWN RACES NATIONALITY, ORGIN AND
HER OWN JOB SECURITY BY ASSISTING OTHER WHITES OF THE SAME
KIND

complain.cr (5/30/97)          ___ Drop Box ___ Mail    ___ No Cert Svc ___ No Orig Sign ___ CD ___ CMJ    Page 1

3)   Defendant   C.C.A. STAFF                                    is a citizen of
                 (Name of second defendant)

TULSA, OKLAHOMA                                   , and is employed
      (City, State)

as CORRECTIONAL OFFICER                                                .
         (Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the
color of state law? Yes ■ No ☐.
If your answer is "Yes", briefly explain:

UNSAFE ENVIRONMENT WHILE MAKING RACIAL STRIFE AND

DISENCION

*[You may attach one additional page (8½" x 11") to furnish the above information for additional
defendants.]*

**B.   JURISDICTION**

1)   Jurisdiction is asserted pursuant to: (Check one)
     ■     42 U.S.C. §1983 (applies to state prisoners)

     ■     *Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics.*
     403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2)   Jurisdiction also in invoked pursuant to 28 U.S.C. §1343(a)(3).   (If you wish to assert
     jurisdiction under different or additional statutes, you may list them below.)

     _____

     _____

**C.   NATURE OF CASE**

1)   Briefly state the background of your case. RACISM AND IT'S BLATENT USE AS A MEA

OF CONTROLLING THE COUNTY AND PRIVATE JAILS, C.C.A'S INSTITUTIONS, T
CITY OF TULSA, IT'S SURROUNDING COUNTIES AND THE STATE ITSELF AS A UNION WI
HAS CONSPIRED TO PARTY IN THE MONOPOLIZATION OF PRISONER ENS
MENT BY A FREE PEOPLE, AUTHORITARIAN DOMINION MANIPULATED BY AN UNGODLY,U
AMERICAN, EVIL SPIRITED AND INNER PRIVATE ENTITY OF BUISNESSES
WHICH LOOK TO OVER THROW THE FREE PEOPLES ELECTED GOVERNMEN
THIS HAS BEEN INFLICTED HARSHLY UPON ME BY CONFINEMENT IN
UNFAIR MANNER DUE ALSO TO AGE OVER 81 AND OF A MINORITY RAC

**D.   CAUSE OF ACTION**

1)   I allege that the following of my constitutional rights, privileges or immunities have been
     violated and that the following facts form the basis for my allegations: *[If necessary, you
     may attach up to two additional pages (8½" x 11") to explain any allegation or to list
     additional supporting facts.]*
     a    (1)   Count I: C.C.A. STAFF AND EMPLOYEES NOT PROPERLY

                DOING THEIR JOB TO BE SURE EVERYONE IS S

(2)    Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

b    (1)    Count  II:

_____

_____

_____

(2)    Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

C    (1)    Count  III:

_____

_____

_____

(2)    Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

**E.**    **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1)    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ■  No ☐

If your answer is "Yes", describe each lawsuit. *[If there is more than one lawsuit, describe this each additional lawsuit using the same format on a blank sheet of paper which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."]*

a)    Parties to previous lawsuit:

Plaintiffs: MARQUE L. GREENE

Defendants: C.C.A.

b)    Name and Location of Court and docket number U.S. DISTRICT COURT

FOR NORTHERN DISTRICT OF OKLAHOMA 02-CV-11-EA(J)

c)    Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)    INCOMPLETE

d)    Issues raised    RACISM

e)    Approximate date of filing lawsuit    JANUARY 9, 2002

f)    Approximate date of disposition    INCOMPLETE

2)    I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   Yes ☐ No ▨.
If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.

3)    I have exhausted available administrative remedies   Yes ▨  No ☐.

If your answer is "Yes" briefly explain the steps taken.  Attach proof of exhaustion. If your answer is "No" briefly explain why administrative remedies were not exhausted.
SEE #2 LEGAL CASES CURRENTLY PENDING

**F.    PREVIOUSLY DISMISSED ACTIONS OR APPEALS**

1)    If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal. *[If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."]*

a)    Parties to previous lawsuit:

Plaintiffs: MARQUE L. GREENE
Defendants: C.C.A, TIM HARRIS, TULSA JUDGES

b)   Name and Location of Court and docket number U.S. DISTRICT COURT
     FOR THE NORTHERN PART OF OKLAHOMA  02-CV-11-EA(J)

c)   Grounds for dismissal: [ ] frivolous  [ ] malicious  [ ] failure to state a
     claim upon which relief may be granted.

d)   Approximate date of filing lawsuit  JANUARY 9, 2002

e)   Approximate date of disposition  INCOMPLETE

2)   Are you in imminent danger of serious physical injury? ☒ Yes No ☐.  If your answer
     is "Yes" please describe the facts in detail below without citing legal authority or
     argument. _____

     _____

## G.   REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief: _____

     _____

     _____


Marque Greene
Original Signature of Attorney (if any)

Roland Johnson
Original Signature of Petitioner

300 NORTH DENVER AVENUE

TULSA, OKLAHOMA

74103-1480
Attorney's full address and
telephone number


## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is
the plaintiff in the above action, that he has read the above complaint and that the information
contained therein is true and correct.  28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  O.L.M.C.J.C.  on  5-3a-02  .
             (Location)              (Date)


Roland Johnson