IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED

JUL 2 6 2002

Phil Lombardi, Clerk
U.S. DISTRICT COURT

ROCKLAND DEJERIO JOHNSON, )
)
    Plaintiff, )
)
vs. ) Case No. 02-CV-439-E (J)
)
CORRECTIONS CORPORATION )
OF AMERICA, INC.; TULSA COUNTY; )
CITY OF TULSA; LINDA OLIVER; and )
TIM HARRIS; )
)
    Defendants. )

## ORDER

On June 4, 2002, Plaintiff, a prisoner incarcerated at the David L. Moss Criminal Justice Center and appearing *pro se*, submitted for filing a civil rights complaint (Docket #1). By Order filed June 12, 2002 (Docket #2), the Court directed Plaintiff to either pay the $150 filing fee or submit a motion for leave to proceed *in forma pauperis* and cure multiple deficiencies in his complaint by submitting an amended complaint. Plaintiff was also directed to submit required service documents. The Court set a deadline of July 13, 2002, for submission of the documents. The Clerk of Court was directed to mail to Plaintiff the forms and information necessary for preparing the documents ordered by the Court. Plaintiff was also advised that "[f]ailure to comply with this Order may result in dismissal of this action without prejudice and without further notice." To date, Plaintiff has not paid the filing fee nor has he taken any steps to cure the deficiencies identified by the Court or shown cause for his failure to do so and the deadline of July 13, 2002, has passed.

Because Plaintiff has failed to either pay the filing fee or submit a motion to proceed *in forma pauperis* and has also failed to submit an amended complaint in compliance with the Court's Order

of June 12, 2002, the Court finds that this action may not proceed and should, therefore, be dismissed without prejudice for failure to prosecute.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Plaintiff's civil rights Complaint is **dismissed without prejudice** for lack of prosecution.

SO ORDERED THIS 26TH day of July, 2002.

_____
JAMES O. ELLISON, Senior Judge
UNITED STATES DISTRICT COURT